

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

EJ MADISON, LLC., A TEXAS
LIMITED LIABILITY COMPANY,

§          No. 08-17-00229-CV

§          Appeal from the

Appellant,

§          205th District Court

v.

§          of El Paso County, Texas

PRO-TECH DIESEL, INC.,

§          (TC# 2015-DCV2479)

Appellee.

§

## **O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued February 8, 2018. The appeal is therefore reinstated, and the Appellant's brief is now due April 20, 2018.

IT IS SO ORDERED this 21st day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.